IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **PATIJ, LP d/b/a LA QUINTA INN AND SUITES,** § § § § | | |
| Plaintiff, § § | | |
| v. § § | Civil Action No. 4:17-cv-00136-O-BP | |
| **ATAIN SPECIALTY INSURANCE COMPANY,** § § § § | | |
| Defendant. § § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 6). No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Unopposed Motion to Remand (ECF No. 5) is **GRANTED**. This case is **REMANDED** to the **141st Judicial District Court of Tarrant County, Texas**. The clerk shall mail a certified copy of this order to the district clerk of Tarrant County, Texas. 28 U.S.C. § 1447(c).

**SO ORDERED** on this **2nd day** of **March, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**